

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00103-CR

James Lee **BAGLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR8812
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 10, 2024.

_____
Irene Rios, Justice